RECEIVED

OCT 22 PM 2:47

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

The E&E Group, LLC

CASE NO. 3-08-CV-4597-MMC

Plaintiff,

v.

SDB Trade International, L.P.

Defendant.

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David V. Wilson, II, whose business address and telephone number is

Hays, McConn, Rice & Pickering, 1233 West Loop South, Suite 1000
Houston, Texas 77027, (713) 654-1111

and who is an active member in good standing of the bar of Texas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing SDB Trade International, L.P.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 27, 2008

_____
Hon. Maxine M. Chesney
United States District Judge